**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**DOCKET NO. 5:09CR25-RLV-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ALEJANDRO SALINAS GARCIA, )<br>)<br>**Defendant.** )<br>_____ ) | **ORDER** |

THIS MATTER is before the Court upon the Inquiry into Status of Counsel hearing that took place on June 11, 2012.

Elizabeth Blackwood appeared with Defendant as the duty attorney for the Federal Defender. Defendant had previously retained Emmanuel West as his counsel. On June 5, 2012, District Judge Richard L. Voorhees granted West's Motion to Withdraw. Defendant has pled guilty and is awaiting sentencing. He has also filed a pro se Motion to withdraw his guilty plea.

At the hearing, the Court inquired whether Defendant planned on retaining new counsel or wanted the Court to appoint counsel. Defendant said he is attempting to retain new counsel and wishes to represent himself if he is unsuccessful. Defendant states that he would not accept appointed counsel. The Court impressed upon Defendant that he is entitled to retained counsel of his choice, but that this issue must be resolved so that his case may proceed without further delay. The Court also admonished Defendant that he should find counsel with whom he can maintain a proper attorney-client relationship..

Based on Defendant's statements, the Court continued the hearing until June 28, 2012 at 9:30 a.m. before Magistrate Judge David C. Keesler. If Defendant's new counsel does not make a general appearance at that time, the Court will determine whether Defendant enters a knowing and

voluntary waiver of his right to counsel.

**SO ORDERED.**

Signed: June 11, 2012

David S. Cayer
United States Magistrate Judge